UNITED STATES District Court

District OF MASSACHUSETTS

ASFOUR, BERNARD J.
A#29-702-907

PETiTioNER

vs.

1. Joseph F. Mcdonough,
   -SheriFF of Plymouth County
   My Immediate Custodian.

2. Department oF Homeland
   Security; STEven J. Farquharson
   District Director - Custodian.
                    Respondent.

04 10690 DPW

MAGISTRATE JUDGE Alexander

RECEIPT # 54984
AMOUNT $ 50
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. D.M.
DATE 4/6/04

Application For Federal Writ oF Habeas Corpus
Under 28 U.S.C. §2241

1. I am presently ConFined at The Plymouth County Correctional Facility.

2. The Basis oF my Petition:

   -Continued Detention In The Custody oF The Department
   OF homeland Security, bureau oF Immigration & Customs
   Enforcement.

Ground One: My IndeFinite Detention is UnlawFul. The Department
            oF Homeland Security (D.H.S.) Does not have statutory
            Authority to Detain Me IndeFinitly. This is because
            my removal be EFFectuated In the Resonably
            Foreseeable Future.

1.

(A). It has been since September of: 2003 that the (D.H.S.) has retained the neccesary Travel documents for my deportation and I still remain in custody.

(B) My Family have exausted every possible option to try and convince (D.H.S.) To either deport or RELEASE ME.

(C) My Family and I have fully cooperated with authorities to retain my passport, Travel documents threw my Consulate in: (NEW York) still I remain in custody.

Ground TWO: My Indefinite Detention By Respondent IS IN Violation of My Rights To Procedural and Substantive Due process, As Guaranteed By THE FIFTH Amendment To THE United States Constitution.

(A) After being deported in February of 2003, I recieved a letter from (D.H.S.) on August, 20, 2003; That my case has been reviewed and that my removal is imminent. (A Copy is Enclosed)

(B) I have run out of patients, My Family and I have been getting the Run around for the last (6) months. I have been deported for almost 12 months Now and still I am not deported or Released yet.

Ground THREE: I AM not a flight risk and I DO not present Any danger To public safety and Thus my Detention is Unlawful Under 8 C.F.R. Section 241.4.

(A) My Family all are here in Boston except for

2.

- A couple of Uncles & Aunts that are still in: Lebanon. My family are and have been hard working Citizens and we all love this country as Home. I have attended school here and worked. I'm also planing on continuing my schooling after my release.

(B) During my confinement, I have attended several programs, have stayed out of any problems and have had countless jobs at the facility's I've visited with (D.H.S.)

(C) I'm willing to Abide with All the conditions Imposed on me upon my release and also to Avail myself to THE (D.H.S.) At Any Day my Removal is Imminent.

- Thanking you for your Time and Concern.

- I declare Under Penalty AND Perjury that the foregoing is True and Correct.

Bernard

Jan. 7. 04

3.



**U.S. Department of Homeland Security**
Bureau of Immigration & Customs Enforcement
Detention & Removal Operations
New England Field Division

JFK Federal Building
Government Center
Boston, MA 02203

August 20, 2003

Bernard ASFOUR                                    A29 702 907
C/o Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

### Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of the Bureau of Immigration and Customs Enforcement (Bureau) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to the Bureau's reviewing officials.

*A travel document has been requested through the Consulate General of Lebanon. Although a time consuming process, issuance is expected in the reasonable foreseeable future. Therefore, your removal is considered imminent.*

Based on the above, you are to remain in Bureau custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with the Bureau's efforts to remove you by taking whatever actions the Bureau requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Effective immediately, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Unit (HQPDU), 801 I St. NW, Washington, DC 20536. HQPDU will make a final determination regarding your custody.

Bruce E. Chadbourne                               8/26/2003
Interim Field Office Director                     Date