UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BERNARD J. ASFOUR,                    )
                                      )
              Petitioner              )
                                      )
        v.                            )        Civil Action No.
                                      )        04cv10690-DPW
JOSEPH F. MCDONOUGH, SHERIFF,         )
PLYMOUTH COUNTY,                      )
                                      )
              Respondent              )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____
       FRANK CROWLEY
       Special Assistant U.S. Attorney
       Department of Homeland Security
       P.O. Box 8728
       J.F.K. Station
       Boston, MA 02114
       (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to
be served upon pro se petitioner by mail on April 19, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114