```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

BERNARD ASFOUR,
    Petitioner,

    V.                 CIVIL ACTION NO. 04-10690-DPW

JOSEPH F. McDONOUGH, ET AL.,
    Respondents

## **ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Allowance on June 3, 2004 of the Respondents' Motion to Dismiss (#4) it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                                  BY THE COURT,

                                                  /s/ Rebecca Greenberg
                                                  Deputy Clerk

DATED: June 3, 2004